UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALLEN DAVID DANIEL,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>BETH TROWBRIDGE, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 24-cv-10393<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER FOR THE MDOC TO FILE NOTICE ABOUT ITS EFFORTS TO SUPPLY DEFENDANT BRADLEY'S LAST KNOWN ADDRESS

In April 2025, the Court ordered the Michigan Department of Corrections (MDOC) to provide the U.S. Marshals Service (USMS) with Defendant Bradley's last known address.  ECF No. 29.  The USMS informed the Court that it received no communication from the MDOC.  **By June 24, 2025**, MDOC must file notice of the status of its efforts to comply with the order to supply Bradley's address.

　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: June 18, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 18, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager