UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Allen David Daniel,

           Plaintiff,        Case No. 24-cv-10393

v.                              Judith E. Levy
                               United States District Judge

Beth Trowbridge, *et al.*,

                               Mag. Judge Elizabeth A. Stafford

           Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [36]

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation recommending the Court grant Plaintiff Allen David Daniel's request to dismiss the action against Defendant Bradley without prejudice. (ECF No. 36.) Bradley is currently the only Defendant remaining in the case. (*See id.* at PageID.424; ECF No. 26, PageID.384–385.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the result. Accordingly,

The Report and Recommendation (ECF No. 36) is ADOPTED; and

The action is DISMISSED WITHOUT PREJUDICE as to Bradley.[1]

IT IS SO ORDERED.

Dated: September 29, 2025  s/Judith E. Levy
    Ann Arbor, Michigan    JUDITH E. LEVY
                                United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2025.

                                s/William Barkholz
                                WILLIAM BARKHOLZ
                                Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).